**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


KEYSTONE SANITARY LANDFILL, INC.   :   No. 7 MAL 2017
AND SOLID WASTE SERVICES, INC.   :
D/B/A J.P. MASCARO & SONS,   :
  :   Petition for Allowance of Appeal from
                Petitioners   :   the Order of the Commonwealth Court
  :
  :
        v.   :
  :
  :
MONROE COUNTY MUNICIPAL WASTE   :
MANAGEMENT AUTHORITY,   :
  :
           Respondent   :


## ORDER


**PER CURIAM**

      **AND NOW**, this 11th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.